UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**AARON C. PORTER,**

    **Plaintiff,**

**v.**                                         Case No. 5:20cv138-TKW-MJF

**MARK S. INCH, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 3). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed because Plaintiff did not pay the filing fee and he is barred from proceeding *in forma pauperis* pursuant to the "three strikes" statute, 28 U.S.C. §1915(g). Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE and ORDERED** this 27th day of July, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**